No. 229, Misc. PETTWAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 244, Misc. SAVAGE v. MINNESOTA. Supreme Court of Minnesota. Certiorari denied.

No. 246, Misc. KOFFEL v. MYERS, WARDEN. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.

No. 250, Misc. WILBURN v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Benj. J. Jacobson* for respondent.

No. 253, Misc. DICKENSON v. DAVIS, COMMANDANT, U. S. DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied. *Guy Emery* and *Harry E. Wood* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg, Cecil L. Forinash* and *Peter S. Wondolowski* for respondent.

No. 255, Misc. CHERNICK v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 291, Misc. AGNEW v. GORDON ET AL. Appellate Department of the Superior Court of California, Los Angeles County. Certiorari denied.

No. 289, Misc. LANZETTA v. BUCHKOE, WARDEN. C. A. 6th Cir. Certiorari denied.